

**pennsylvania**
DEPARTMENT OF REVENUE

September 22, 2017

U.S. Bankruptcy Court
Eastern District of Pennsylvania (Philadelphia)

Re: Earley, Kathleen A. - Bankruptcy Case 17-14140
Notice to Withdraw Proof of Claim

Please withdraw proof of claim number two (4) as it is filed in error. Claim one (7) represents the Department's current interest in this case.

Thank you

/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
Phone: (717)783-6256
E-mail: patrickmi@pa.gov
**www.revenue.state.pa.us**