**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Kathleen Earley, | : | Chapter 13 |
| | Debtor | : | Case No.: 17-14140-jkf |

**CERTIFICATION OF NO RESPONSE**

I, *Stephen V. Bottiglieri,* Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Objection to Claim No. 5 filed by Resurgent Capital Services for CACH, LLC.

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**Dated: 07/19/2018**       **BY:** __/s/ Stephen V. Bottiglieri____
Stephen V. Bottiglieri, Esquire
Attorney for the Debtor
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F (888) 793-0373
steve@bottiglierilaw.com