### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:              Kathleen Earley,           :        Chapter 13
                            Debtor             :        Case No.: 17-14140-jkf

### CERTIFICATION OF NO RESPONSE

I, *Stephen V. Bottiglieri,* Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Objection to Claim No. 6 filed by Resurgent Capital Services for LVNV Funding, LLC.

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**Dated:   07/19/2018**          **BY:** __/s/ Stephen V. Bottiglieri___
                                       Stephen V. Bottiglieri, Esquire
                                       Attorney for the Debtor
                                       66 Euclid Street, Suite C
                                       Woodbury, NJ 08096
                                       P/F (888) 793-0373
                                       steve@bottiglierilaw.com