## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:        Kathleen Earley,        :      Chapter 13
                     Debtor               :      Case No.: 17-14140-jkf

## **ORDER**

**AND NOW**, this 30th day of August, 2018, upon consideration of the Debtor's Objection to Claim 6 filed by Resurgent Capital Services for LVNV Funding, LLC and after notice and opportunity to be heard it is hereby **ORDERED** that the Debtor's Objection is **SUSTAINED** and Proof of Claim No. 6 filed by Resurgent Capital Services is **DISALLOWED.**

                                                   **BY THE COURT:**

                                                   _____
                                                   **JEAN K. FITZSIMON,**
                                                   **UNITED STATES BANKRUPTCY JUDGE**