**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:        Kathleen Earley,        :        Chapter 13
              Debtor                  :        Case No.: 17-14140-jkf

## ORDER

**AND NOW**, this 30th day of August, 2018, upon consideration of the Debtor's Objection to Claim 5 filed by CACH, LLC and after notice and opportunity to be heard it is hereby **ORDERED** that the Debtor's Objection is **SUSTAINED** and Proof of Claim No. 5 filed by CACH, LLC is hereby **MODIFIED to an ALLOWED unsecured non-priority claim of $1,400.00.**

BY THE COURT:

_____
**JEAN K. FITZSIMON,**
**UNITED STATES BANKRUPTCY JUDGE**