United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14140-jkf
Kathleen A Earley                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Aug 30, 2018
                             Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db              +Kathleen A Earley,   1670 E. Strasburg Road,   PO Box 5290,   West Chester, PA 19380-0407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Aug 31 2018 01:57:04       City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2018 01:56:53
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2018 01:56:58       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2018 01:56:27       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr              +E-mail/Text: bknotices@snsc.com Aug 31 2018 01:57:08
                 U.S. Bank Trust National Association as Trustee of,   c/o SN Servicing Corp.,   323 5th Street,
                 Eureka, CA 95501-0305
                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE            PA Department Of Revenue
                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
        EMMANUEL J. ARGENTIERI    on behalf of Creditor   MTGLQ INVESTORS, L.P. bk@rgalegal.com
        KEVIN G. MCDONALD    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@comcast.net
        STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Kathleen A Earley steve@bottiglierilaw.com,
        ecfnotice@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                    Kathleen Earley,              :        Chapter 13
                                      Debtor           :        Case No.: 17-14140-jkf

<u>**ORDER**</u>

**AND NOW**, this 30th        day of      August                        , 2018, upon

consideration of the Debtor's Objection to Claim 6 filed by Resurgent Capital Services for

LVNV Funding, LLC and after notice and opportunity to be heard it is hereby **ORDERED** that

the Debtor's Objection is **SUSTAINED** and Proof of Claim No. 6 filed by Resurgent Capital

Services is **DISALLOWED.**

                                                BY THE COURT:

                                                _____

                                                **JEAN K. FITZSIMON,**
                                                **UNITED STATES BANKRUPTCY JUDGE**