United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14140-jkf
Kathleen A Earley                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1             Date Rcvd: Aug 30, 2018
                              Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
db           +Kathleen A Earley,    1670 E. Strasburg Road,   PO Box 5290,    West Chester, PA 19380-0407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Aug 31 2018 01:57:00     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2018 01:56:48
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2018 01:56:58    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2018 01:55:40     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr           +E-mail/Text: bknotices@snsc.com Aug 31 2018 01:57:08
              U.S. Bank Trust National Association as Trustee of,   c/o SN Servicing Corp.,   323 5th Street,
              Eureka, CA 95501-0305
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE            PA Department Of Revenue
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    MTGLQ INVESTORS, L.P. bk@rgalegal.com
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Kathleen A Earley steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:         Kathleen Earley,         :    Chapter 13
                    Debtor         :    Case No.: 17-14140-jkf

## ORDER

**AND NOW**, this 30th day of August, 2018, upon consideration of the Debtor's Objection to Claim 5 filed by CACH, LLC and after notice and opportunity to be heard it is hereby **ORDERED** that the Debtor's Objection is **SUSTAINED** and Proof of Claim No. 5 filed by CACH, LLC is hereby **MODIFIED to an ALLOWED unsecured non-priority claim of $1,400.00.**

BY THE COURT:

_____
**JEAN K. FITZSIMON,**
**UNITED STATES BANKRUPTCY JUDGE**