**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:        Kathleen Earley,        :        Chapter 13
              Debtor                  :        Case No.: 17-14140-jkf

**CERTIFICATE OF NO RESPONSE**

    I, Stephen V. Bottiglieri, Esquire, counsel for the Debtor, hereby certify that after notice, I have received no response, answer, objection or request for a hearing to my Application for Compensation and Reimbursement of Expenses nor has any application for administrative expense has been filed as of January 10, 2019.

Respectfully submitted:

  /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Counsel for Debtor
66 Euclid Street, Suite C
Woodbury, NJ 08096
P 888-793-0373
F 888-793-0373
steve@bottiglierilaw.com