UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:        Kathleen Earley,        :        Chapter 13
                        Debtor        :        Case No.: 17-14140-jkf

**ORDER**

**AND NOW,** this _____ day of _____ , 2019 upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,500.00 and expenses in the amount of $463.06; and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in the Application less $2,000.00 which was paid by the Debtor pre-petition and the allowed expenses. The total distribution to Applicant shall be $2963.06 to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

BY THE COURT:

**Date: January 11, 2019**                _____
                                                              **JEAN K. FITZSIMON,**
                                                              **UNITED STATES BANKRUPTCY JUDGE**