IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen A. Earley<br>     Debtor<br>―――――――――――――――<br>BAYVIEW LOAN SERVICING, LLC<br>   v.<br>Kathleen A. Earley<br>   and<br>William C. Miller Esq.<br>   Trustee | Chapter 13<br><br><br>NO. 17-14140 JKF |

## ORDER

AND NOW, this 24th day of July, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 25, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow BAYVIEW LOAN SERVICING, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 300 Battersea Road Ocean City, NJ 08226.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_[signature]_

―――――――――――――――
United States Bankruptcy Judge.

cc: See attached service list

Kathleen A. Earley
1670 East Strasburg Road
PO Box 5290
West Chester, PA 19380

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

STEPHEN VINCENT BOTTIGLIERI ESQ.
230  North Monroe Street (VIA ECF)
Media, PA 19603

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532