**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:        Kathleen Earley,        :        Chapter 13
              Debtor                  :        Case No.: 17-14140

### PRAECIPE TO WITHDRAW RESPONSE TO MOTION FOR RELIEF

TO THE CLERK:

Kindly withdraw Debtor's Response to US Bank Trust National Association's Motion for Relief filed at document number 104 on January 4, 2019 in the above captioned matter.

Respectfully submitted,

**BOTTIGLIERI LAW, LLC**

**By**: __/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Attorney for the Debtor
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com