**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **Kathleen A. Earley** | : | **Bankruptcy No. 17-14140-jkf** |
| | : | |
| **Debtor.** | : | **Hearing Date & Time: 1/16/19 at 9:30 a.m.** |

CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that she did serve a copy of U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust's Motion for Relief from Stay and a Notice of Hearing to Consider Motion dated December 21, 2018, upon the Debtor, Debtor's Counsel, and the Chapter 13 Trustee on December 21, 2018.  Finally, the undersigned certifies that a response was filed to the Motion for Relief by the Debtor, but has subsequently been withdrawn.

WHEREFORE, U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust respectfully requests this Honorable Court to enter an order granting U U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust's Motion for Relief from Stay.

Dated: 7/30/19

TUCKER ARENSBERG, P.C.

/s/ Jillian Nolan Snider
Jillian Nolan Snider, Esquire, Pa. I.D. # 202253
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorney for U.S. Bank Trust National Association

TADMS:5074754-1