**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kathleen A. Earley | : | Bankruptcy No. 17-14140-jkf |
| | : | |
| Debtor. | : | |

<u>ORDER OF COURT</u>

AND NOW, to-wit, this __31st__ day of _____July_____, 2019, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, it is hereby ORDERED, ~~ADJUDGED and DECREED~~ that the Motion is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located 1670 East Strasburg Road, West Chester, PA 19380. ~~including actions that may or will divest debtor's rights and interests in the property.~~

BY THE COURT:

_____
United States Bankruptcy Judge
Jean K. FitzSimon

TADMS:5074754-1