United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-14140-jkf
Kathleen A Earley                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 2             Date Rcvd: Aug 22, 2019
                              Form ID: pdf900            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db          +Kathleen A Earley,    1670 E. Strasburg Road,    PO Box 5290,    West Chester, PA 19380-0407
cr          +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13967745    +Atlantic City Electric Co Bankruptcy Division,    5 Collins Drive Suite 2133/Mail Stop 84C,
              Carneys Point NJ 08069-3600
13993240     Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14245339    +Bayview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13983037     CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14001811     CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA 70004-0625
13934508    +Capital Bank,    1 Church St,    Rockville, MD 20850-4190
13934509    +Commonwealth Capital,    150 Monument Road, Suite 207,    Bala Cynwyd, PA 19004-1725
13934510    +Fein, Such, Kahn, Shepard, P.C.,    7 Centry Drive, Suite 201,
              Parsippany, New Jersey 07054-4673,    Attn: Shari Seffer
14004282    +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 52708,
              Irvine, CA 92619-2708
13934516    +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
13934518    +Stephen V. Bottiglieri, Esquire,    230 N. Monroe Street,    Media, PA 19063-2908
14292789    +Township of Marple,    c/o James R. Wood, esquire,    Portnoff Law Associates, Ltd,
              2700 Horizon Drive, Suite 100,    King of Prussia, Pa 19406-2726
13934519    +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:06      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:14      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr          +E-mail/Text: bknotices@snsc.com Aug 23 2019 03:10:20
              U.S. Bank Trust National Association as Trustee of,    c/o SN Servicing Corp.,    323 5th Street,
              Eureka, CA 95501-0305
14234697    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 23 2019 03:09:58
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1837
13934507    +E-mail/Text: steve@bottiglierilaw.com Aug 23 2019 03:10:21      Bottiglieri Law, LLC,
              Stephen V. Bottiglieri, Esquire,    66 Euclid Street,    Woodbury, NJ 08096-4626
13934512     E-mail/Text: cio.bncmail@irs.gov Aug 23 2019 03:09:24      Internal Revenue Service,
              Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13983373     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:59
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
              N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13934514     E-mail/Text: camanagement@mtb.com Aug 23 2019 03:09:27      M & T Bank,    1 Fountain Plz,
              Buffalo, NY 14203
13971975     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:38
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
13934515    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
              Harrisburg, PA 17128-0001
13934517     E-mail/Text: philadelphia.bnc@ssa.gov Aug 23 2019 03:09:57      Social Security Admin,
              155-10 Jamaica Ave,    Jamaica, NY 11432
13935425    +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:44      Synchrony Bank,
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14171587    +E-mail/Text: bknotices@snsc.com Aug 23 2019 03:10:20      U.S. Bank Trust National Association,
              c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
14220832    +E-mail/Text: bknotices@snsc.com Aug 23 2019 03:10:20
              U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
              Eureka, CA 95501-0305
13934520    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 23 2019 03:09:48      US Trustee,
              833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13934521    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 23 2019 03:09:17
              Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13970662     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2019 03:13:01      Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 18
```

```
District/off: 0313-2            User: Christina             Page 2 of 2              Date Rcvd: Aug 22, 2019
                                Form ID: pdf900             Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE           PA Department Of Revenue
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
13934511*      Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
13971976*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14191078*      Pennsylvania Department of Revenue,    Bankruptcy Division,   Department 280946,
                Harrisburg, PA 17128-0946
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    MTGLQ INVESTORS, L.P. bk@rgalegal.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Tiki Series III Trust jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Kathleen A Earley steve@bottiglierilaw.com,
               ecfnotices@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

KATHLEEN A. EARLEY

                                                          : Chapter 13

Debtor(s)                                        : Bankruptcy No. 17-14140JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: August 22, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

STEPHEN V BOTTIGLIERI ESQ
BOTTIGLIERI LAW LLC
66 EUCLID STREET     SUITE C
WOODBURY NJ 08096-

KATHLEEN A. EARLEY
1670 E. STRASBURG ROAD
PO BOX 5290
WEST CHESTER, PA 19380